UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ARTURO RODRIGUEZ,

                Plaintiff,

    v.

WASHINGTON DEPARTMENT OF CORRECTIONS, *et al.*,

                Defendants.

Case No. C14-53-RSL

ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    The Court, having reviewed plaintiff's amended complaint, defendants' motion for summary judgment, plaintiff's motions for preliminary injunctive relief and for appointment of counsel, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, Plaintiff's objection to Court's Report and Recommendation and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion for summary judgment (Dkt. 31) is GRANTED.

    (3)    Plaintiff's motions for preliminary injunctive relief (Dkt. 40) and for appointment of counsel (Dkt. 39) are DENIED as moot.

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

1     (4)     Plaintiff's amended complaint (Dkt. 10) and this action are DISMISSED with prejudice.

    (5)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Honorable James P. Donohue.

DATED this 19th day of December, 2014.

*[signature]*

Robert S. Lasnik
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2